IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Petitioner,                    No. 2:11-cv-3234 MCE GGH P

    vs.

GARY SWARTHOUT,

    Respondent.                 ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 16, 2012, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

        Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days, petitioner shall show cause why respondent's November 16, 2012 motion to dismiss should not be granted, and shall file an opposition, if any, to the motion to dismiss. Failure to file an

\\\\\

1

1  opposition will be deemed as a statement of non-opposition and shall result in a recommendation
2  that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).
3  DATED: January 10, 2013

                        /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE

GGH:076/John3234.46.HAB.wpd