IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

    Petitioner,                        No. 2:11-cv-3234 MCE GGH P

    vs.

GARY SWARTHOUT,                    ORDER AND

    Respondent.                  ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 16, 2012, respondent filed a motion to dismiss. When petitioner did not file an opposition, this court issued an order to show cause on January 10, 2013. Petitioner did not respond to the order to show cause; therefore, the court issued findings and recommendations on March 7, 2013, recommending that the motion to dismiss be granted. On March 15, 2013, petitioner filed a notice of change of address. On March 18, 2013, the findings and recommendations were returned by the U.S. Post Office as undeliverable. They were re-served on March 19, 2013. On March 20, 2013, the order to show cause was returned by the U.S. Post Office to the court as undeliverable.

        Therefore, the findings and recommendations will be vacated because petitioner has not been given the opportunity to respond to the order to show cause, which will be re-issued

1

in this order.

Petitioner has not filed an opposition to respondent's motion to dismiss. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed March 7, 2013, are vacated.

2. Within twenty-one days, petitioner shall show cause why respondent's November 16, 2012 motion to dismiss should not be granted, and shall file an opposition, if any, to the motion to dismiss. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: April 1, 2013.

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/John3234.osc2.wpd