1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PAUL SAMUEL JOHNSON,

11              Petitioner,              No. 2:11-cv-3234 MCE GGH P

12        vs.

13   GARY SWARTHOUT,                     ORDER AND

14              Respondent.              ORDER TO SHOW CAUSE

15   _____/

16              Petitioner is a state prisoner proceeding pro se with an application for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  On November 16, 2012, respondent filed a motion

18   to dismiss.  When petitioner did not file an opposition, this court issued an order to show cause

19   on January 10, 2013.  Petitioner did not respond to the order to show cause; therefore, the court

20   issued findings and recommendations on March 7, 2013, recommending that the motion to

21   dismiss be granted.  On March 15, 2013, petitioner filed a notice of change of address.  On

22   March 18, 2013, the findings and recommendations were returned by the U.S. Post Office as

23   undeliverable.  They were re-served on March 19, 2013.  On March 20, 2013, the order to show

24   cause was returned by the U.S. Post Office to the court as undeliverable.

25              Therefore, the findings and recommendations will be vacated because petitioner

26   has not been given the opportunity to respond to the order to show cause, which will be re-issued

                                           1

1  in this order.

2  Petitioner has not filed an opposition to respondent's motion to dismiss. Local

3  Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file

4  a statement of no opposition may be deemed a waiver of any opposition to the granting of the

5  motion . . . ."  Local Rule 110 provides that failure to comply with the Local Rules "may be

6  grounds for imposition of any and all sanctions authorized by statute or Rule or within the

7  inherent power of the Court."

8  Good cause appearing, IT IS HEREBY ORDERED that:

9  1.  The findings and recommendations, filed March 7, 2013, are vacated.

10  2.  Within twenty-one days, petitioner shall show cause why respondent's

11  November 16, 2012 motion to dismiss should not be granted, and shall file an opposition, if any,

12  to the motion to dismiss.  Failure to file an opposition will be deemed as a statement of non-

13  opposition and shall result in a recommendation that this action be dismissed pursuant Federal

14  Rule of Civil Procedure 41(b).

15  DATED: April 1, 2013.

16

17  /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

18

19

GGH:076/John3234.osc2.wpd

20

21

22

23

24

25

26

2