UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAMUEL JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GARY SWARTHOUT,<br><br>　　　　Defendant. | No.  2:11-cv-3234 MCE GGH P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application to pursuant to 28 U.S.C. § 2254.

On January 10, 2013, petitioner was ordered to show cause, within twenty-one days, why respondent's November 16, 2012 motion to dismiss should not be granted.  At that time, petitioner was warned that failure to file an opposition would result in a recommendation that this action be dismissed.  Petitioner did not respond to the order to show cause; therefore, the court issued findings and recommendations on March 7, 2013, recommending that the motion to dismiss be granted.  On March 15, 2013, petitioner filed a notice of change of address.  On March 18, 2013, the findings and recommendations were returned by the U.S. Post Office as undeliverable.  They were re-served on March 19, 2013.  On March 20, 2013, the order to show cause was returned by the U.S. Post Office to the court as undeliverable.  As a result, the court vacated the findings and recommendations on April 2, 2013, and re-started the process by

1

1 directing petitioner to show cause within twenty-one days why the motion to dismiss should not
2 be granted.  The second twenty-one day period expired and petitioner had not shown cause or
3 otherwise responded to the court's order.  Therefore, on June 10, 2013, the undersigned
4 recommended that respondent's motion to dismiss be granted based on petitioner's failure to file
5 an opposition.  On June 19, 2013, petitioner filed objections, claiming that he has not received
6 any mail from the court for the last four months, despite his having informed the court of all his
7 address changes.  Petitioner states that as of June 20, 2013, his address will be at the homeless
8 shelter, 600 Morgan Street, Santa Rosa, CA  95401.[1]  Therefore the findings and
9 recommendations will be vacated for a second and final time.

10          Accordingly, IT IS ORDERED that:

11          1. The findings and recommendations issued June 10, 2013, are vacated.

12          2. Petitioner shall file an opposition to respondent's motion to dismiss within twenty-one
13 (21) days of this order.  Failure to file an opposition will be deemed a statement of non-opposition
14 and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of
15 Civil Procedure 41(b).

16          3. The Clerk of the Court is directed to correct the record to reflect petitioner's change of
17 address as reflected in this order and serve petitioner at his new address of record.

18 Dated: July 15, 2013

19                               /s/ Gregory G. Hollows
20                               UNITED STATES MAGISTRATE JUDGE

21 GGH:076/John3234.vac

---

[1] The objections list the zip code for this address as 95403; however, a search of the United States Postal Service website indicates the correct zip code is 95401.  Https://tools.usps.com.